MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO 80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172    DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO 80919

## PERSONAL AND CHECK INFORMATION

Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO 80919
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western
Terrace #3

**Pay Period:** 10/28/20 to 11/03/20
**Check Date:** 11/05/20    **Check #:** 11018

**T PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3971 | 511.61 | 23227.28 |
| NET PAY | 511.61 | 23227.28 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 28.00 hrs | 4.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Vacation | 1.54 hrs | 8.00 hrs | 1.75 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 15.2500 | 610.00 | 1694.00 | 25179.13 |
| Overtime | 2.00 | 22.8750 | 45.75 | 36.50 | 817.52 |
| Commissions | | | | | 2068.25 |
| Holiday | | | | 48.00 | 708.00 |
| Sick | | | | 28.00 | 412.00 |
| Vacation | | | | 40.00 | 610.00 |
| **Total Hours** | 42.00 | | | 1846.50 | |
| **Gross Earnings** | | | 655.75 | | 29794.90 |
| **Total Hrs Worked** | 42.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 40.59 | 1844.30 |
| Medicare | | 9.49 | 431.33 |
| Fed Income Tax | S 0 | 65.99 | 3021.84 |
| CO Income Tax | S | 27.00 | 1222.00 |
| **TOTAL** | | 143.07 | 6519.47 |

### DEDUCTIONS

| DESCRIPTION | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| S125 GTL | | 1.07 | 48.15 |
| **TOTAL** | | 1.07 | 48.15 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 511.61 | 23227.28 |

**0942 1604-7328** Mountain Crest Properties LLC • 733 N Tejon St • Colorado Springs CO 80903 • (714) 996-9960

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO 80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172    DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO 80919

**PERSONAL AND CHECK INFORMATION**
Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO 80919
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western Terrace #3

**Pay Period:** 11/04/20 to 11/10/20
**Check Date:** 11/12/20    **Check #:** 11069
**T PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3971 | 646.83 | 23874.11 |
| **NET PAY** | **646.83** | **23874.11** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 28.00 hrs | 4.00 hrs |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| Vacation | 1.54 hrs | 8.00 hrs | 3.29 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 15.2500 | 610.00 | 1734.00 | 25789.13 |
| Overtime | | | | 36.50 | 817.52 |
| Commissions | | | 224.00 | | 2292.25 |
| Holiday | | | | 48.00 | 708.00 |
| Sick | | | | 28.00 | 412.00 |
| Vacation | | | | 40.00 | 610.00 |
| **Total Hours** | 40.00 | | | 1886.50 | |
| **Gross Earnings** | | | 834.00 | | 30628.90 |
| **Total Hrs Worked** | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 51.64 | 1895.94 |
| Medicare | | 12.08 | 443.41 |
| Fed Income Tax | S 0 | 87.38 | 3109.22 |
| CO Income Tax | S | 35.00 | 1257.00 |
| **TOTAL** | | 186.10 | 6705.57 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| S125 GTL | 1.07 | 49.22 |
| **TOTAL** | 1.07 | 49.22 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 646.83 | 23874.11 |

Payrolls by Paychex, Inc.

**0942 1604-7328** Mountain Crest Properties LLC • 733 N Tejon St • Colorado Springs CO 80903 • (714) 996-9960

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172      DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

**PERSONAL AND CHECK INFORMATION**
Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO  80919
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western
Terrace #3

**Pay Period:** 11/11/20 to 11/17/20
**Check Date:** 11/19/20     **Check #:** 11113
**ET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3971 | 520.80 | 24394.91 |
| **NET PAY** | **520.80** | **24394.91** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 28.00 hrs | 4.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Vacation | 1.54 hrs | 8.00 hrs | 4.83 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 15.2500 | 610.00 | 1774.00 | 26399.13 |
| Overtime | 2.50 | 22.8750 | 57.19 | 39.00 | 874.71 |
| Commissions | | | | | 2292.25 |
| Holiday | | | | 48.00 | 708.00 |
| Sick | | | | 28.00 | 412.00 |
| Vacation | | | | 40.00 | 610.00 |
| **Total Hours** | 42.50 | | | 1929.00 | |
| **Gross Earnings** | | | 667.19 | | 31296.09 |
| **Total Hrs Worked** | 42.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 41.30 | 1937.24 |
| Medicare | | 9.65 | 453.06 |
| Fed Income Tax | S 0 | 67.37 | 3176.59 |
| CO Income Tax | S | 27.00 | 1284.00 |
| **TOTAL** | | 145.32 | 6850.89 |

**DEDUCTIONS**

| DESCRIPTION | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| S125 GTL | | 1.07 | 50.29 |
| **TOTAL** | | 1.07 | 50.29 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **520.80** | **24394.91** |

**0942 1604-7328** Mountain Crest Properties LLC • 733 N Tejon St • Colorado Springs CO  80903 • (714) 996-9960

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO 80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172    DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO 80919

## PERSONAL AND CHECK INFORMATION

Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO 80919
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western
Terrace #3

**Pay Period:** 11/18/20 to 11/24/20
Check Date: 11/25/20    Check #: 11164

### ET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3971 | 477.85 | 24872.76 |
| **NET PAY** | **477.85** | **24872.76** |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 28.00 hrs | 4.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Vacation | 1.54 hrs | 8.00 hrs | 6.37 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 15.2500 | 610.00 | 1814.00 | 27009.13 |
| Overtime | | | | 39.00 | 874.71 |
| Commissions | | | | | 2292.25 |
| Holiday | | | | 48.00 | 708.00 |
| Sick | | | | 28.00 | 412.00 |
| Vacation | | | | 40.00 | 610.00 |
| **Total Hours** | 40.00 | | | 1969.00 | |
| **Gross Earnings** | | | 610.00 | | 31906.09 |
| **Total Hrs Worked** | 40.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 37.75 | 1974.99 |
| Medicare | | 8.83 | 461.89 |
| Fed Income Tax | S 0 | 60.50 | 3237.09 |
| CO Income Tax | S | 24.00 | 1308.00 |
| **TOTAL** | | 131.08 | 6981.97 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| S125 GTL | 1.07 | 51.36 |
| **TOTAL** | 1.07 | 51.36 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 477.85 | 24872.76 |

**0942 1604-7328**  Mountain Crest Properties LLC • 733 N Tejon St • Colorado Springs CO 80903 • (714) 996-9960

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO 80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO 80919

## PERSONAL AND CHECK INFORMATION

Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO 80919
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western Terrace #3

**Pay Period:** 12/01/20 to 12/01/20
Check Date: 12/01/20    **Check #:** 11214

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 277.05 | 277.05 |
| Chkg 3971 | 0.00 | 24872.76 |
| **NET PAY** | **277.05** | **25149.81** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | | 1814.00 | 27009.13 |
| Overtime | | | | 39.00 | 874.71 |
| Commissions | | | | | 2292.25 |
| Holiday | | | | 48.00 | 708.00 |
| Other Pay | | | 300.00 | | 300.00 |
| Sick | | | | 28.00 | 412.00 |
| Vacation | | | | 40.00 | 610.00 |
| **Total Hours** | | | | 1969.00 | |
| **Gross Earnings** | | | 300.00 | | 32206.09 |
| **Total Hrs Worked** | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 18.60 | 1993.59 |
| Medicare | | 4.35 | 466.24 |
| Fed Income Tax | S 0 | | 3237.09 |
| CO Income Tax | S | | 1308.00 |
| **TOTAL** | | 22.95 | 7004.92 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| S125 GTL | | 51.36 |
| **TOTAL** | | 51.36 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **277.05** | **25149.81** |

Payrolls by Paychex, Inc.

**0942 1604-7328** Mountain Crest Properties LLC • 733 N Tejon St • Colorado Springs CO 80903 • (714) 996-9960

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172    DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

**PERSONAL AND CHECK INFORMATION**
Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO  80919
Soc Sec #: xxx-xx-xxxx    Employee ID: 2018172

**Home Department:** 420 Maintenance/ 65 Western
Terrace #3

**Pay Period:** 11/25/20 to 12/01/20
**Check Date:** 12/03/20    **Check #:** 11257

**IT PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 277.05 |
| Chkg 3971 | 495.22 | 25367.98 |
| **NET PAY** | **495.22** | **25645.03** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 28.00 hrs | 4.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Vacation | 1.54 hrs | 8.00 hrs | 7.91 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 33.50 | 15.2500 | 510.88 | 1847.50 | 27520.01 |
| Overtime | | | | 39.00 | 874.71 |
| Commissions | | | | | 2292.25 |
| Holiday | 8.00 | 15.2500 | 122.00 | 56.00 | 830.00 |
| Other Pay | | | | | 300.00 |
| Sick | | | | 28.00 | 412.00 |
| Vacation | | | | 40.00 | 610.00 |
| **Total Hours** | 41.50 | | | 2010.50 | |
| **Gross Earnings** | | | 632.88 | | 32838.97 |
| **Total Hrs Worked** | 33.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 39.18 | 2032.77 |
| Medicare | | 9.16 | 475.40 |
| Fed Income Tax | S 0 | 63.25 | 3300.34 |
| CO Income Tax | S | 25.00 | 1333.00 |
| **TOTAL** | | **136.59** | **7141.51** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| S125 GTL | 1.07 | 52.43 |
| **TOTAL** | **1.07** | **52.43** |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **495.22** | **25645.03** |

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172      DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

## PERSONAL AND CHECK INFORMATION

Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO  80919
**Soc Sec #:** xxx-xx-xxxx   **Employee ID:**  2018172

**Home Department:** 420 Maintenance/ 65 Western Terrace #3

**Pay Period:** 12/02/20 to 12/08/20
**Check Date:** 12/10/20   **Check #:** 11305

### ET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 277.05 |
| Chkg 3971 | 500.35 | 25868.33 |
| **NET PAY** | **500.35** | **26145.38** |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 28.00 hrs | 4.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Vacation | 1.54 hrs | 24.00 hrs | 9.45 hrs |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 26.00 | 15.2500 | 396.50 | 1873.50 | 27916.51 |
| Overtime | | | | 39.00 | 874.71 |
| Commissions | | | | | 2292.25 |
| Holiday | | | | 56.00 | 830.00 |
| Other Pay | | | | 28.00 | 300.00 |
| Sick | | | | | 412.00 |
| Vacation | 16.00 | 15.2500 | 244.00 | 56.00 | 854.00 |
| **Total Hours** | 42.00 | | | 2052.50 | |
| **Gross Earnings** | | | 640.50 | | 33479.47 |
| **Total Hrs Worked** | 26.00 | | | | |

## WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 39.64 | 2072.41 |
| Medicare | | 9.28 | 484.68 |
| Fed Income Tax | S 0 | 64.16 | 3364.50 |
| CO Income Tax | S | 26.00 | 1359.00 |
| **TOTAL** | | **139.08** | **7280.59** |

## DEDUCTIONS

| DESCRIPTION | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| S125 GTL | | 1.07 | 53.50 |
| **TOTAL** | | **1.07** | **53.50** |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **500.35** | **26145.38** |

**0942 1604-7328** Mountain Crest Properties LLC • 733 N Tejon St • Colorado Springs CO  80903 • (714) 996-9960

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO 80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172    DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO 80919

## PERSONAL AND CHECK INFORMATION
Christopher Passaro
4440 Burton Way
# 832
ColoradoSprings, CO 80919
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western
Terrace #3

**Pay Period:** 12/09/20 to 12/15/20
**Check Date:** 12/17/20    **Check #:** 11346

### ET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 277.05 |
| Chkg 3971 | 690.60 | 26558.93 |
| **NET PAY** | **690.60** | **26835.98** |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 28.00 hrs | 4.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Vacation | 1.54 hrs | 24.00 hrs | 10.99 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 15.2500 | 610.00 | 1913.50 | 28526.51 |
| Overtime | 3.00 | 22.8750 | 68.63 | 42.00 | 943.34 |
| Commissions | | | 218.75 | | 2511.00 |
| Holiday | | | | 56.00 | 830.00 |
| Other Pay | | | | | 300.00 |
| Sick | | | | 28.00 | 412.00 |
| Vacation | | | | 56.00 | 854.00 |
| **Total Hours** | 43.00 | | | 2095.50 | |
| **Gross Earnings** | | | 897.38 | | 34376.85 |
| **Total Hrs Worked** | 43.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 55.57 | 2127.98 |
| Medicare | | 12.99 | 497.67 |
| Fed Income Tax | S 0 | 100.15 | 3464.65 |
| CO Income Tax | S | 37.00 | 1396.00 |
| **TOTAL** | | **205.71** | **7486.30** |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| S125 GTL | 1.07 | 54.57 |
| **TOTAL** | **1.07** | **54.57** |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **690.60** | **26835.98** |

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172     DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

Payrolls by Paychex.

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Christopher Passaro
4440 Burton Way
# 832
ColoradoSprings, CO  80919
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western
Terrace #3

**Pay Period:** 12/16/20 to 12/22/20
**Check Date:** 12/24/20    **Check #:** 11386

### ET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 277.05 |
| Chkg 3971 | 477.84 | 27036.77 |
| **NET PAY** | **477.84** | **27313.82** |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 28.00 hrs | 4.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Vacation | 1.54 hrs | 24.00 hrs | 12.53 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 15.2500 | 610.00 | 1953.50 | 29136.51 |
| Overtime | | | | 42.00 | 943.34 |
| Commissions | | | | | 2511.00 |
| Holiday | | | | 56.00 | 830.00 |
| Other Pay | | | | | 300.00 |
| Sick | | | | 28.00 | 412.00 |
| Vacation | | | | 56.00 | 854.00 |
| **Total Hours** | 40.00 | | | 2135.50 | |
| **Gross Earnings** | | | 610.00 | | 34986.85 |
| **Total Hrs Worked** | 40.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 37.76 | 2165.74 |
| Medicare | | 8.83 | 506.50 |
| Fed Income Tax | S 0 | 60.50 | 3525.15 |
| CO Income Tax | S | 24.00 | 1420.00 |
| **TOTAL** | | 131.09 | 7617.39 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| S125 GTL | 1.07 | 55.64 |
| **TOTAL** | 1.07 | 55.64 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 477.84 | 27313.82 |

**0942 1604-7328**  Mountain Crest Properties LLC • 733 N Tejon St • Colorado Springs CO  80903 • (714) 996-9960

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172     DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

NON-NEGOTIABLE
Payrolls by Paychex.
Payrolls by Paychex, Inc.

### PERSONAL AND CHECK INFORMATION

Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO  80919
**Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western
Terrace #3

**Pay Period:** 12/23/20 to 12/29/20
**Check Date:** 12/31/20   **Check #:** 11435

### ET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 277.05 |
| Chkg 3971 | 477.85 | 27514.62 |
| **NET PAY** | **477.85** | **27791.67** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 32.00 | 15.2500 | 488.00 | 1985.50 | 29624.51 |
| Overtime | | | | 42.00 | 943.34 |
| Commissions | | | | | 2511.00 |
| Holiday | 8.00 | 15.2500 | 122.00 | 64.00 | 952.00 |
| Other Pay | | | | | 300.00 |
| Sick | | | | 28.00 | 412.00 |
| Vacation | | | | 56.00 | 854.00 |
| **Total Hours** | 40.00 | | | 2175.50 | |
| **Gross Earnings** | | | 610.00 | | 35596.85 |
| **Total Hrs Worked** | 32.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 37.75 | 2203.49 |
| Medicare | | 8.83 | 515.33 |
| Fed Income Tax | S 0 | 60.50 | 3585.65 |
| CO Income Tax | S | 24.00 | 1444.00 |
| **TOTAL** | | 131.08 | 7748.47 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| S125 GTL | 1.07 | 56.71 |
| **TOTAL** | 1.07 | 56.71 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **477.85** | **27791.67** |

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172     DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

---

**PERSONAL AND CHECK INFORMATION**

Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO  80919
Soc Sec #: xxx-xx-xxxx     **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western Terrace #3

**Pay Period:** 12/30/20 to 01/05/21
**Check Date:** 01/07/21     **Check #:** 11476

**ET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3971 | 478.22 | 478.22 |
| **NET PAY** | **478.22** | **478.22** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 32.00 hrs | 0.00 hrs | 32.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Vacation | 1.54 hrs | 24.00 hrs | 15.61 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 32.00 | 15.2500 | 488.00 | 32.00 | 488.00 |
| Holiday | 8.00 | 15.2500 | 122.00 | 8.00 | 122.00 |
| **Total Hours** | 40.00 | | | 40.00 | |
| **Gross Earnings** | | | 610.00 | | 610.00 |
| **Total Hrs Worked** | 32.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 37.75 | 37.75 |
| Medicare | | 8.83 | 8.83 |
| Fed Income Tax | S 0 | 60.13 | 60.13 |
| CO Income Tax | S | 24.00 | 24.00 |
| **TOTAL** | | 130.71 | 130.71 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| S125 GTL | 1.07 | 1.07 |
| **TOTAL** | 1.07 | 1.07 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **478.22** | **478.22** |

**0942 1604-7328** Mountain Crest Properties LLC • 733 N Tejon St • Colorado Springs CO  80903 • (714) 996-9960

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172     DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

---

**PERSONAL AND CHECK INFORMATION**
Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO  80919
Soc Sec #: xxx-xx-xxxx      **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western
Terrace #3

**Pay Period:** 01/06/21 **to** 01/12/21
**Check Date:** 01/14/21     **Check #:** 11524
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3971 | 735.86 | 1214.08 |
| **NET PAY** | **735.86** | **1214.08** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 0.00 hrs | 32.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Vacation | 1.54 hrs | 24.00 hrs | 17.15 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 15.2500 | 610.00 | 72.00 | 1098.00 |
| Overtime | 3.00 | 22.8750 | 68.63 | 3.00 | 68.63 |
| Commissions | | | 315.00 | | 315.00 |
| Holiday | | | | 8.00 | 122.00 |
| **Total Hours** | 43.00 | | | 83.00 | |
| **Gross Earnings** | | | 993.63 | | 1603.63 |
| **Total Hrs Worked** | 43.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 59.70 | 97.45 |
| Medicare | | 13.96 | 22.79 |
| Fed Income Tax | S 0 | 113.36 | 173.49 |
| CO Income Tax | S | 40.00 | 64.00 |
| **TOTAL** | | **227.02** | **357.73** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| S125 GTL | 1.07 | 2.14 |
| S125 Medical | 29.68 | 29.68 |
| **TOTAL** | **30.75** | **31.82** |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **735.86** | **1214.08** |

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172     DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

**PERSONAL AND CHECK INFORMATION**
Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO  80919
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western
Terrace #3

**Pay Period:** 01/13/21 to 01/19/21
**Check Date:** 01/21/21     **Check #:** 11564

**ET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3971 | 455.36 | 1669.44 |
| **NET PAY** | **455.36** | **1669.44** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 0.00 hrs | 32.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Vacation | 1.54 hrs | 24.00 hrs | 18.69 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 15.2500 | 610.00 | 112.00 | 1708.00 |
| Overtime | | | | 3.00 | 68.63 |
| Commissions | | | | | 315.00 |
| Holiday | | | | 8.00 | 122.00 |
| **Total Hours** | 40.00 | | | 123.00 | |
| **Gross Earnings** | | | 610.00 | | 2213.63 |
| **Total Hrs Worked** | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 35.92 | 133.37 |
| Medicare | | 8.40 | 31.19 |
| Fed Income Tax | S 0 | 56.57 | 230.06 |
| CO Income Tax | S | 23.00 | 87.00 |
| **TOTAL** | | 123.89 | 481.62 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| S125 GTL | 1.07 | 3.21 |
| S125 Medical | 29.68 | 59.36 |
| **TOTAL** | 30.75 | 62.57 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 455.36 | **1669.44** |

**0942 1604-7328**  Mountain Crest Properties LLC • 733 N Tejon St • Colorado Springs CO  80903 • (714) 996-9960

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172      DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

**PERSONAL AND CHECK INFORMATION**

Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO  80919
Soc Sec #: xxx-xx-xxxx   **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western
Terrace #3

**Pay Period:** 01/20/21 to 01/26/21
**Check Date:** 01/28/21   **Check #:** 11613
**...T PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3971 | 455.37 | 2124.81 |
| **NET PAY** | **455.37** | **2124.81** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 0.00 hrs | 32.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Vacation | 1.54 hrs | 24.00 hrs | 20.23 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.00 | 15.2500 | 610.00 | 152.00 | 2318.00 |
| | Overtime | | | | 3.00 | 68.63 |
| | Commissions | | | | | 315.00 |
| | Holiday | | | | 8.00 | 122.00 |
| | **Total Hours** | 40.00 | | | 163.00 | |
| | **Gross Earnings** | | | 610.00 | | 2823.63 |
| | **Total Hrs Worked** | 40.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 35.91 | 169.28 |
| | Medicare | | 8.40 | 39.59 |
| | Fed Income Tax | S 0 | 56.57 | 286.63 |
| | CO Income Tax | S | 23.00 | 110.00 |
| | **TOTAL** | | 123.88 | 605.50 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | S125 GTL | 1.07 | 4.28 |
| | S125 Medical | 29.68 | 89.04 |
| | **TOTAL** | 30.75 | 93.32 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **455.37** | **2124.81** |

**0942 1604-7328**  Mountain Crest Properties LLC • 733 N Tejon St • Colorado Springs CO  80903 • (714) 996-9960

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172     DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

**PERSONAL AND CHECK INFORMATION**
Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO  80919
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western
Terrace #3

**Pay Period:** 01/27/21 to 02/02/21
**Check Date:** 02/04/21     **Check #:** 11653

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3971 | 455.37 | 2580.18 |
| **NET PAY** | **455.37** | **2580.18** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 0.00 hrs | 32.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Vacation | 1.54 hrs | 24.00 hrs | 21.77 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.00 | 15.2500 | 610.00 | 192.00 | 2928.00 |
| | Overtime | | | | 3.00 | 68.63 |
| | Commissions | | | | | 315.00 |
| | Holiday | | | | 8.00 | 122.00 |
| | **Total Hours** | 40.00 | | | 203.00 | |
| | **Gross Earnings** | | | 610.00 | | 3433.63 |
| | **Total Hrs Worked** | 40.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 35.91 | 205.19 |
| | Medicare | | 8.40 | 47.99 |
| | Fed Income Tax | S 0 | 56.57 | 343.20 |
| | CO Income Tax | S | 23.00 | 133.00 |
| | **TOTAL** | | 123.88 | 729.38 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | S125 GTL | 1.07 | 5.35 |
| | S125 Medical | 29.68 | 118.72 |
| | **TOTAL** | 30.75 | 124.07 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **455.37** | **2580.18** |

Payrolls by Paychex, Inc.

**0942 1604-7328**  Mountain Crest Properties LLC • 733 N Tejon St • Colorado Springs CO  80903 • (714) 996-9960

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172       DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

**PERSONAL AND CHECK INFORMATION**
Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO  80919
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western
Terrace #3

**Pay Period:** 02/03/21 to 02/09/21
**Check Date:** 02/11/21    **Check #:** 11701

**T PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3971 | 692.87 | 3273.05 |
| **NET PAY** | **692.87** | **3273.05** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAIL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 0.00 hrs | 32.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAIL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAIL BAL |
| Vacation | 1.54 hrs | 24.00 hrs | 23.31 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 15.2500 | 610.00 | 232.00 | 3538.00 |
| Overtime | 2.50 | 22.8750 | 57.19 | 5.50 | 125.82 |
| Commissions | | | 262.50 | | 577.50 |
| Holiday | | | | 8.00 | 122.00 |
| **Total Hours** | 42.50 | | | 245.50 | |
| **Gross Earnings** | | | 929.69 | | 4363.32 |
| **Total Hrs Worked** | 42.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 55.74 | 260.93 |
| Medicare | | 13.03 | 61.02 |
| Fed Income Tax | S 0 | 99.30 | 442.50 |
| CO Income Tax | S | 38.00 | 171.00 |
| **TOTAL** | | **206.07** | **935.45** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| S125 GTL | 1.07 | 6.42 |
| S125 Medical | 29.68 | 148.40 |
| **TOTAL** | **30.75** | **154.82** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 692.87 | 3273.05 |

Payrolls by Paychex, Inc.

**0942 1604-7328**  Mountain Crest Properties LLC • 733 N Tejon St • Colorado Springs CO  80903 • (714) 996-9960

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172      DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

## PERSONAL AND CHECK INFORMATION

Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO  80919
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western
Terrace #3

**Pay Period:** 02/10/21 **to** 02/16/21
**Check Date:** 02/18/21     **Check #:** 11741

## T PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3971 | 501.38 | 3774.43 |
| **NET PAY** | **501.38** | **3774.43** |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 0.00 hrs | 32.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Vacation | 1.54 hrs | 24.00 hrs | 24.85 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 36.00 | 15.2500 | 549.00 | 268.00 | 4087.00 |
| Overtime | | | | 5.50 | 125.82 |
| Commissions | | | | | 577.50 |
| Holiday | 8.00 | 15.2500 | 122.00 | 16.00 | 244.00 |
| **Total Hours** | 44.00 | | | 289.50 | |
| **Gross Earnings** | | | 671.00 | | 5034.32 |
| **Total Hrs Worked** | 36.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 39.69 | 300.62 |
| Medicare | | 9.29 | 70.31 |
| Fed Income Tax | S 0 | 63.89 | 506.39 |
| CO Income Tax | S | 26.00 | 197.00 |
| **TOTAL** | | 138.87 | 1074.32 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| S125 GTL | 1.07 | 7.49 |
| S125 Medical | 29.68 | 178.08 |
| **TOTAL** | 30.75 | 185.57 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **501.38** | **3774.43** |

**0942 1604-7328**  Mountain Crest Properties LLC • 733 N Tejon St • Colorado Springs CO  80903 • (714) 996-9960

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172     DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

## PERSONAL AND CHECK INFORMATION
Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO  80919
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western
Terrace #3

**Pay Period:** 02/17/21 to 02/23/21
**Check Date:** 02/25/21     **Check #:** 11791
**T PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3971 | 455.36 | 4229.79 |
| **NET PAY** | **455.36** | **4229.79** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 0.00 hrs | 32.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Vacation | 1.54 hrs | 24.00 hrs | 26.39 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.00 | 15.2500 | 610.00 | 308.00 | 4697.00 |
| | Overtime | | | | 5.50 | 125.82 |
| | Commissions | | | | | 577.50 |
| | Holiday | | | | 16.00 | 244.00 |
| | **Total Hours** | 40.00 | | | 329.50 | |
| | **Gross Earnings** | | | 610.00 | | 5644.32 |
| | **Total Hrs Worked** | 40.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 35.92 | 336.54 |
| | Medicare | | 8.40 | 78.71 |
| | Fed Income Tax | S 0 | 56.57 | 562.96 |
| | CO Income Tax | S | 23.00 | 220.00 |
| | **TOTAL** | | 123.89 | 1198.21 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | S125 GTL | 1.07 | 8.56 |
| | S125 Medical | 29.68 | 207.76 |
| | **TOTAL** | 30.75 | 216.32 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **455.36** | **4229.79** |

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172      DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

## PERSONAL AND CHECK INFORMATION

Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO  80919
**Soc Sec #:** xxx-xx-xxxx      **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western Terrace #3

**Pay Period:** 02/24/21 to 03/02/21
**Check Date:** 03/04/21      **Check #:** 11830

### ET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3971 | 542.29 | 4772.08 |
| **NET PAY** | **542.29** | **4772.08** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 0.00 hrs | 32.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Vacation | 1.54 hrs | 24.00 hrs | 27.93 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.00 | 15.2500 | 610.00 | 348.00 | 5307.00 |
| | Overtime | 5.00 | 22.8750 | 114.38 | 10.50 | 240.20 |
| | Commissions | | | | | 577.50 |
| | Holiday | | | | 16.00 | 244.00 |
| | **Total Hours** | 45.00 | | | 374.50 | |
| | **Gross Earnings** | | | 724.38 | | 6368.70 |
| | **Total Hrs Worked** | 45.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 43.00 | 379.54 |
| | Medicare | | 10.05 | 88.76 |
| | Fed Income Tax | S 0 | 70.29 | 633.25 |
| | CO Income Tax | S | 28.00 | 248.00 |
| | **TOTAL** | | **151.34** | **1349.55** |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | S125 GTL | 1.07 | 9.63 |
| | S125 Medical | 29.68 | 237.44 |
| | **TOTAL** | **30.75** | **247.07** |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 542.29 | **4772.08** |

**0942 1604-7328**  Mountain Crest Properties LLC • 733 N Tejon St • Colorado Springs CO  80903 • (714) 996-9960

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172     DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

**PERSONAL AND CHECK INFORMATION**
Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO  80919
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western
Terrace #3

**Pay Period:** 03/03/21 to 03/16/21
**Check Date:** 03/18/21     **Check #:** 11880

**T PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 971 | 1114.93 | 5887.01 |
| **NET PAY** | **1114.93** | **5887.01** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 0.00 hrs | 32.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Sick 2 | 2.00 hrs | 0.00 hrs | 15.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | | AMT TAKEN | AVAL BAL |
| Vacation 2 | | 0.00 hrs | 31.01 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 80.00 | 15.2500 | 1220.00 | 428.00 | 6527.00 |
| Overtime | 3.50 | 22.8750 | 80.06 | 14.00 | 320.26 |
| Commissions | | | 189.00 | | 766.50 |
| Holiday | | | | 16.00 | 244.00 |
| **Total Hours** | 83.50 | | | 458.00 | |
| **Gross Earnings** | | | 1489.06 | | 7857.76 |
| **Total Hrs Worked** | 83.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 88.51 | 468.05 |
| Medicare | | 20.70 | 109.46 |
| Fed Income Tax | S 0 | 145.42 | 778.67 |
| CO Income Tax | S | 58.00 | 306.00 |
| **TOTAL** | | 312.63 | 1662.18 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| S125 GTL | 2.14 | 11.77 |
| S125 Medical | 59.36 | 296.80 |
| **TOTAL** | 61.50 | 308.57 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **1114.93** | **5887.01** |

**0942 1604-7328** Mountain Crest Properties LLC • 733 N Tejon St • Colorado Springs CO  80903 • (714) 996-9960

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172      DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

## PERSONAL AND CHECK INFORMATION
Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO  80919
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western
Terrace #3

**Pay Period:** 03/17/21 to 03/30/21
**Check Date:** 04/01/21     **Check #:** 11927

### T PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 971 | 910.73 | 6797.74 |
| **NET PAY** | **910.73** | **6797.74** |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 0.00 hrs | 32.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Sick 2 | 1.00 hrs | 0.00 hrs | 16.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
| Unpaid | 0.00 hrs | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | | AMT TAKEN | AVAL BAL |
| Vacation 2 | | 0.00 hrs | 32.55 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 80.00 | 15.2500 | 1220.00 | 508.00 | 7747.00 |
| Overtime | | | | 14.00 | 320.26 |
| Commissions | | | | | 766.50 |
| Holiday | | | | 16.00 | 244.00 |
| **Total Hours** | 80.00 | | | 538.00 | |
| **Gross Earnings** | | | 1220.00 | | 9077.76 |
| **Total Hrs Worked** | 80.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 71.83 | 539.88 |
| Medicare | | 16.80 | 126.26 |
| Fed Income Tax | S 0 | 113.14 | 891.81 |
| CO Income Tax | S | 46.00 | 352.00 |
| **TOTAL** | | **247.77** | **1909.95** |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| S125 GTL | 2.14 | 13.91 |
| S125 Medical | 59.36 | 356.16 |
| **TOTAL** | **61.50** | **370.07** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 910.73 | 6797.74 |

Payrolls by Paychex, Inc.

**0942 1604-7328**  Mountain Crest Properties LLC • 733 N Tejon St • Colorado Springs CO 80903 • (714) 996-9960

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172      DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

**PERSONAL AND CHECK INFORMATION**
Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO  80919
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western
Terrace #3

**Pay Period:** 03/31/21 to 04/13/21
**Check Date:** 04/15/21    **Check #:** 11982
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 971 | 1102.18 | 7899.92 |
| **NET PAY** | **1102.18** | **7899.92** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAIL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 0.00 hrs | 32.00 hrs |
| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAIL BAL |
| Sick 2 | 0.00 hrs | 0.00 hrs | 16.00 hrs |
| DESCRIPTION | | AMT TAKEN | AVAIL BAL |
| Vacation 2 | | 0.00 hrs | 2.09 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 80.00 | 15.2500 | 1220.00 | 588.00 | 8967.00 |
| | Overtime | 2.50 | 22.8750 | 57.19 | 16.50 | 377.45 |
| | Commissions | | | 196.00 | | 962.50 |
| | Holiday | | | | 16.00 | 244.00 |
| | **Total Hours** | 82.50 | | | 620.50 | |
| | **Gross Earnings** | | | 1473.19 | | 10550.95 |
| | **Total Hrs Worked** | 82.50 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 87.52 | 627.40 |
| | Medicare | | 20.47 | 146.73 |
| | Fed Income Tax | S 0 | 143.52 | 1035.33 |
| | CO Income Tax | S | 58.00 | 410.00 |
| | **TOTAL** | | 309.51 | 2219.46 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | S125 GTL | 2.14 | 16.05 |
| | S125 Medical | 59.36 | 415.52 |
| | **TOTAL** | 61.50 | 431.57 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **1102.18** | **7899.92** |

**0942 1604-7328**  Mountain Crest Properties LLC • 733 N Tejon St • Colorado Springs CO  80903 • (714) 996-9960

MOUNTAIN CREST PROPERTIES LLC
733 N Tejon St
Colorado Springs CO  80903

1604-7328
ORG1:65 Western Terra
ORG2:420 Maintenance
EE ID: 2018172      DD

CHRISTOPHER PASSARO
4440 BURTON WAY
# 832
COLORADO SPRINGS CO  80919

## PERSONAL AND CHECK INFORMATION
Christopher Passaro
4440 Burton Way
# 832
Colorado Springs, CO  80919
**Soc Sec #:** xxx-xx-xxxx      **Employee ID:** 2018172

**Home Department:** 420 Maintenance/ 65 Western Terrace #3

**Pay Period:** 04/14/21 to 04/27/21
**Check Date:** 04/29/21   **Check #:** 12036

### ET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 971 | 928.12 | 8828.04 |
| **NET PAY** | **928.12** | **8828.04** |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick | 0.00 hrs | 0.00 hrs | 32.00 hrs |

| DESCRIPTION | CURR ACCRUE | AMT TAKEN | AVAL BAL |
|---|---|---|---|
| Sick 2 | 0.00 hrs | 0.00 hrs | 16.00 hrs |

| DESCRIPTION | AMT TAKEN | AVAL BAL |
|---|---|---|
| Vacation 2 | 0.00 hrs | 3.63 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 80.00 | 15.2500 | 1220.00 | 668.00 | 10187.00 |
| Overtime | 1.00 | 22.8750 | 22.88 | 17.50 | 400.33 |
| Commissions | | | | | 962.50 |
| Holiday | | | | 16.00 | 244.00 |
| **Total Hours** | 81.00 | | | 701.50 | |
| **Gross Earnings** | | | 1242.88 | | 11793.83 |
| **Total Hrs Worked** | 81.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 73.25 | 700.65 |
| Medicare | | 17.13 | 163.86 |
| Fed Income Tax | S 0 | 115.88 | 1151.21 |
| CO Income Tax | S | 47.00 | 457.00 |
| **TOTAL** | | 253.26 | 2472.72 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| S125 GTL | 2.14 | 18.19 |
| S125 Medical | 59.36 | 474.88 |
| **TOTAL** | 61.50 | 493.07 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **928.12** | **8828.04** |